Argued and submitted September 24, 1984, affirmed January 30, 1985

In the Matter of the Compensation of
Patrick Welsch, Claimant.

WELSCH,
*Petitioner,*

*v.*

FMC CORPORATION,
*Respondent.*

(81-08131; CA A30584)

694 P2d 995

Victor A. Calzaretta, Portland, argued the cause for petitioner. With him on the brief were Robert K. Udziela, John S. Stone and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

Allan M. Muir, Portland, argued the cause for respondent. With him on the brief were Ridgway K. Foley, Jr., P.C., Dennis S. Reese and Schwabe, Williamson, Wyatt, Moore & Roberts, Portland.

Before Warden, Presiding Judge, and Van Hoomissen and Young. Judges.

PER CURIAM

## PER CURIAM

■■    In this workers' compensation case, claimant seeks judicial review of an order of the Workers' Compensation Board that affirmed a referee's decision denying him unscheduled permanent partial disability for his shoulder condition. The referee apparently believed, incorrectly, that only medical evidence could support a finding of permanent disability. On *de novo* review of both the medical *and lay* evidence, we find that claimant has failed to sustain his burden of proving that his shoulder disability is permanent.

Affirmed.